## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Crystal Brown,<br>        Debtor, | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10,<br>        Movant,<br>vs.<br>Crystal Brown,<br>        Debtor / Respondent,<br>and<br>KENNETH E. WEST,<br>        Trustee / Respondent. | Case No. 21-12277-mdc<br><br>Hearing Date: April 26, 2022<br>Time; 10:30 a.m. |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this <u>26th</u> day of <u>April</u> 2022, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 967 West Main Street, Coatesville, PA 19320;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:    Lorraine Gazzara Doyle, Esquire
        KENNETH E. WEST, Trustee
        JOSEPH F. CLAFFY, Esquire
        Crystal Brown